SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA  93721
Telephone:  559.233.1000
Facsimile:  559.233.6044

Attorney for Defendant, JONATHAN M. CHAPMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>                                                             )<br>                 Plaintiff,                          )<br>                                                             )<br> v.                                                         )<br>                                                             )<br> JONATHAN M. CHAPMAN,              )<br>                                                             )<br>                 Defendant.                        )<br>_____) | CASE NUMBER: 1:07-CR-00192-AWI<br><br>STIPULATION AND  ORDER |

**IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the hearing on the posting of a $100,000 property bond set for September 17, 2007 at the hour of 1:30 p.m. be vacated and that the defendant be continued on pretrial release on the same terms and conditions and that he is ordered to post a $15,000 unsecured bond signed by his mother Marianne Kennedy, no later than 4 p.m. on September 18, 2007.

    Both the attorney for defendant and the attorney for the United States of America have consulted with pretrial services officer Daniel Stark and he is in agreement with posting of a $15,000 unsecured bond.

Dated:  September 14, 2007                    /s/  Salvatore Sciandra
                                                                    Attorney for Defendant,
                                                                    JONATHAN M. CHAPMAN

/ / /

/ / /

Dated: September 14, 2007     /s/   Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United State Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   **September 14, 2007**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE