SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, CA 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044

Attorney for Defendant, JONATHAN M. CHAPMAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:07-cr-00192-AWI |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR A |
| v. ) | RESETTING OF HEARING ON REPORT |
| ) | OF PROBATION OFFICER |
| JONATHAN M. CHAPMAN, ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED by and between plaintiff, the United States of America, and the defendant by and through his attorney, that the date set for hearing on the presentence report of the probation officer and sentencing be extended as follows:

  Probation Report Available to Defense Counsel: move from February 28, 2011 to April 4, 2011.

  Defense Counsel's Informal Objections due to Probation and AUSA: move from March 14, 2011 to April 18, 2011.

  Formal Objections must be filed with the Court and served on Probation and AUSA: move from March 28, 2011 to May 2, 2011.

  RPO Hearing: move from April 4, 2011 at 9:00 a.m. to May 9, 2011 at 9:00 a.m.

/ / /

/ / /

/ / /

1 | The reason for moving the hearing is because defense counsel has been out of town and will be out of town doing interviews in the matter of *U.S. v. JAMES NINETE LEON GUERRERO*, Case No.: 1:08-CR-00259-OWW and needs further time to prepare for sentencing.

Respectfully submitted,

DATED: February 24, 2011

/s/ Salvatore Sciandra
SALVATORE SCIANDRA
Attorney for Defendant,
JONATHAN M. CHAPMAN

DATED: February 24, 2011

/s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   February 24, 2011

CHIEF UNITED STATES DISTRICT JUDGE